DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODERICK D. BURGESS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1800

[September 30, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 95-15535CF10A.

Mark H. Klein of MHK Legal, PLLC, Coral Springs, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***